# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 287 EAL 2021

Respondent    :

   :   Petition for Allowance of Appeal
   :   from the Order of the Superior Court

v.    :

CARLOS DIETRICH,    :

Petitioner    :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 7th day of December, 2021, the Petition for Allowance of Appeal is **DENIED**.